UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIELLE RAHILLY CONLEY,

    Plaintiff,                                       Case No: 3:14-cv-00628

v.

NORTHWEST FLORIDA
STATE COLLEGE,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR COURT TO ENTER ORDER RETAINING JURISDICTION OVER SETTLEMENT AGREEMENT AND INCORPORATED MEMORANDUM OF LAW**

COMES NOW PLAINTIFF, Danielle Rahilly Conley, by and through her undersigned counsel, who, pursuant to Fed.R.Civ.P. 41 moves this Honorable Court to retain jurisdiction over the settlement agreement.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

The undersigned counsel hereby certifies to this Court that they have conferred with counsel for Defendant and Defendant does not oppose the relief requested in the instant motion.

**BACKGROUND**

Plaintiff filed suit on November 17, 2014 regarding violations of Title IX of the Education Amendments of 1972 (Title IX). Following approximately 14

1

months of litigation, Plaintiff and Defendant entered into a written settlement agreement on January 7, 2016. It was the parties' intent that the Court retain jurisdiction over the settlement agreement so as to enforce its terms if necessary. *See* Exhibit "A". Per the terms of the agreement, Defendant agreed to waive tuition and fees and allow the Plaintiff to complete certain courses in the Spring and Summer semesters in 2016. This will allow Plaintiff to complete her academic and other requirements to sit for licensure to become a Paramedic in the State of Florida in or around September 2016.

The Court entered on Order on January 8, 2016 dismissing the case without prejudice for sixty (60) days in the event the settlement is not consummated and reserved the right to reopen the case upon a showing of good cause. (Doc.105).

No stipulation of dismissal has been filed nor has the Court ordered the case to be dismissed in its entirety.

## MEMORANDUM OF LAW IN SUPPORT OF MOTION

A District Court may retain jurisdiction over a settlement agreement in two ways: "either (1) the district court must issue an order retaining jurisdiction…prior to the filing of the stipulation, or (2) the parties must condition the effectiveness of the stipulation on the district court's entry of an order retaining jurisdiction." Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012). Moreover, the Order dismissing the suit may "embody the settlement contract…or…retain

jurisdiction over the settlement contract if the parties agree." <u>Kokkonen v. Guardian Life Insurance of America</u>, 511 U.S. 375 (1994).

The parties agreed that the Court should retain jurisdiction over the settlement agreement as evidenced by the terms of the written settlement agreement. Specifically in paragraph seven (7) of the settlement contract, "The parties agree to take all necessary steps for the federal court to retain jurisdiction to enforce the settlement agreement pursuant to Fed.R.Civ.P. 41." *See* Exhibit "A".

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an order retaining jurisdiction to enforce the terms of the parties' settlement agreement following any stipulation of dismissal or case closure.

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that this Motion and Memorandum complies with N.D. Local Rules 5.1(C) and 7.1(F). This Motion and Memorandum uses 14 point font and contains 614 words.

## CERTIFICATE OF SERVICE

**I  HEREBY CERTIFY** that a copy of the foregoing motion was furnished upon the Counsel for Defendant via cm/ecf on this 14th day of January 2016.

Respectfully Submitted,

**/s/Adria Lynn Silva**
_____
ADRIA LYNN SILVA (Trial Counsel)
Florida Bar No. 0137431
The Law Office of Adria Lynn Silva, L.L.C.
Post Office Box 770849
Naples, Florida 34107-0849
239-514-4855 telephone
239-571-2855 cellular phone
AdriaLynnSilva@aol.com;
Adria@AdriaSilvaLaw.com


**/s/ Travis R. Hollifield**
_____
TRAVIS R. HOLLIFIELD
Florida Bar No. 0094420
Hollifield Legal Centre
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
(407) 599-9590 (telephone)
(407) 599-9591 (facsimile)
Primary E-mail: trh@trhlaw.com
Second E-mail: rf@trhlaw.com
Attorneys For Plaintiff