Exhibit "A"

# MEDIATION SETTLEMENT AGREEMENT

PLAINTIFF(S): Danielle Rahilly Conley

DEFENDANT(S): Northwest Florida State College

STYLE OF CASE: Conley v. NWFSC, Case No.: 3:14-cv-00628-MCR-EMT

DATE AND DESCRIPTION OF LOSS: _____

THE UNDERSIGNED PARTIES AGREE TO SETTLE THIS CASE AS FOLLOWS:

1) Defendant shall pay Plaintiff $60,000.00 within 15 days of the date set forth below.*
2) Plaintiff shall sign a full and complete release of all claims, known and unknown, asserted and unasserted, whether pending or not, from the beginning of the world to the date of these presents except for claims to enforce this agreement.
3) Plaintiff shall be allowed to enroll in the NWFSC paramedic program in Spring 2016 and to proceed to graduation upon the successful completion of the following classes: EMS 2232C; EMS 2436L (clinicals already completed); EMS 2233C; EMS 2425L; and EMS 2438C and certification from Medical Director. Defendant waives tuition, ~~costs~~, and fees for the classes described herein.
4) This settlement contingent upon assurance from State that delay between start date and completion date will not prevent issuance of certification to Plaintiff.
5) This settlement contingent upon Plaintiff's employer agreeing to accommodate class schedule in Spring 2016.
6) Defendant shall pay cost of mediation.
7) The parties agree to take ~~~~ all steps necessary for the federal court to retain jurisdiction to enforce this agreement pursuant to Fed. R. Civ. P. 41. Otherwise, the Plaintiff shall dismiss all claims, including all administrative claims, with prejudice no later than 5 days after receipt of the settlement funds.
8) Contingencies to be resolved by Monday, January 11, 2016 by close of business.

Dated this 7th day of JANUARY, 2016

[signatures]

DAVID W. HIERS, MEDIATOR
DAVIDSON & HIERS, P.A.
1513 West Garden Street
Pensacola, FL 32502
(850) 287-0035
www.davidsonhierslaw.com

* Check shall be made payable to and delivered to "The Law Office of Adria Lynn Siwajl IOTA ACCOUNT"